**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:24-cr-** |
| | ) | |
| **WADE WILLETTE** | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**
**(Access with Intent to View Child Pornography)**

From a date unknown but no earlier than October 8, 2021, until a date unknown but no later than March 10, 2023, in the District of Maine, defendant

**WADE WILLETTE**

knowingly accessed with intent to view an Apple -Phone 13 Pro with serial number HWVF42WKKX, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor or a minor who had not attained the age of 12, such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## **NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of this Information, the

defendant shall forfeit to the United States pursuant to Title 18, United States Code,

Section 2253, (1) any visual depiction or other matter containing such visual depiction

or image of child pornography that was possessed as alleged in Count One of this

Information and (2) any property, real or personal, used or intended to be used to

commit or to promote the commission of the offense alleged in Count One of this

Information, including but not limited to:

(1) an Apple -Phone 13 Pro with serial number HWVF42WKKX.


**DARCIE N. MCELWEE**
United States Attorney


Date:  September 3, 2024          **BY:  /s/ ANDREW MCCORMACK**
ANDREW MCCORMACK
Assistant United States Attorney